BEFORE THE SECOND DIVISION, APRIL 25, 1963

No. 67635.—Rex-Spanall, Inc. *v.* United States, protest 62/14307 (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

No. 67636.—Schick X-Ray Co., Inc. *v.* United States, protests 60/25843, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of injectors and parts, in chief value of metal, similar in all material respects to those the subject of *Schick X-Ray Co., Inc.* v. *United States* (49 Cust. Ct. 38, C.D. 2358), the claim of the plaintiff was sustained.

APRIL 22, 1963

No. 67636.—J. M. Altieri *v.* United States, protest 61/17744.— Motion of Government for rehearing denied.

APRIL 23, 1963

No. 67638.—APPEAL 5095.—Sandoz Chemical Works, Inc. *v.* United States.——C.D. 2282 affirmed January 16, 1963. C.A.D. 815.